NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

IMPLANTIS ORAL AND FACIAL
SURGERY, P.A.,

   Appellant,

v.

           Case No. 2D18-1243

STONE THAYER,

   Appellee.

_____

Opinion filed October 2, 2019.

Appeal from the Circuit Court for Sarasota
County; Andrea McHugh, Judge.

Robin Bresky, Jonathan Mann and
Jeremy Dicker of Law Offices of Robin
Bresky, Boca Raton, for Appellant.

Brian D. Goodrich and David A. Wallace
of Bentley & Bruning, P.A., Sarasota, for
Appellee.

PER CURIAM.

     Affirmed.

NORTHCUTT, MORRIS, and SLEET, JJ., Concur.